# Court of Appeals
# of the State of Georgia

ATLANTA, September 19, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0504.  FULTON COUNTY SCHOOL DISTRICT v. JAN S. HERSH.**

The Fulton County School District filed an application for discretionary appeal of the superior court's award of attorney fees.  We granted its application on August 21, 2013.

However, the District did not receive timely notice of our decision because our notification was sent to an outdated address.  In light of this error, we hereby VACATE our prior order granting the application.  In addition, we hereby order that the application is REINSTATED and GRANTED.  The District shall have ten days from the date of this order to file a notice of appeal with the trial court.  If, however, it has already filed a notice of appeal, it need not file a second notice.  The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 09/19/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*